IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02742-AP


JOSEPH BERNARD THURSTON, JR.
Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,
Defendant.


<u>ORDER</u>

The Unopposed Motion to Dismiss (doc. #14), filed March 6, 2014, is

GRANTED.  It is

ORDERED that the above titled matter is DISMISSED WITH PREJUDICE.



*<u>S/John L. Kane</u>*
U.S. District Judge